Argued January 29, affirmed February 12, 1973

ANDERSON, *Appellant, v.* ANDERSON
(No. 330 299), *Respondent.*

505 P2d 1168

*John F. Cramer, Jr.,* Portland, argued the cause for the appellant. With him on the brief were Cramer & Cromwell, Portland.

*Clifford W. Powers,* Portland, argued the cause for respondent. On the brief were Potts & Powers, Portland.

Before LANGTRY, Presiding Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

Plaintiff-wife appeals from an order reducing defendant's alimony payment from $500 to $300 per month. The trial court found that there was a change of circumstances which warranted the reduction.

We have reviewed the record and agree with the trial court's determination.

AFFIRMED.